

# Fourth Court of Appeals
## San Antonio, Texas

December 10, 2015

No. 04-15-00573-CR

Dominic Stefan **ANDERSON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 14-2309-CR-A
The Honorable William Old, Judge Presiding

## O R D E R

The court reporter's notification of late record is NOTED. Time is extended to December 28, 2015.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of December, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court